IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:13cr317-MHT** |
| | ) | **(WO)** |
| **RUSSELL BURROUGHS** | ) | |

## ORDER

Upon consideration of defendant Russell Burroughs's motion for reconsideration (doc. no. 40), it is ORDERED that the motion is denied.

DONE, this the 15th day of October, 2014.

                                                      /s/ Myron H. Thompson
                                            **UNITED STATES DISTRICT JUDGE**