IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:13cr317-MHT |
| | ) | (WO) |
| RUSSELL BURROUGHS | ) | |

ORDER

Upon consideration of defendant Russell Burroughs's motion to extend time to self-surrender (doc. no. 44), it is ORDERED that the motion is denied.

DONE, this the 24th day of November, 2014.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE